# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

DELLA O'MALLEY,

               *Plaintiff*,

v.

FAIRLEIGH DICKINSON UNIVERSITY,

               *Defendant*.

Civ. Action No. 10-6193 (KSH) (CLW)

**ORDER**

       Upon consideration of the motion [D.E. 66] of defendant Fairleigh Dickinson University for summary judgment in its favor, and of the motion for reconsideration [D.E. 78] filed by plaintiff Della O'Malley with respect to the Court's April 8, 2013 order [D.E. 77] striking O'Malley's brief in opposition to FDU's motion for summary judgment; and for the reasons expressed in the opinion filed herewith,

       **IT IS,** on this 7th day of January, 2014,

       **ORDERED** that O'Malley's motion for reconsideration [D.E. 78] is GRANTED; and it is further

       **ORDERED** that FDU's application for fees in connection with opposing O'Malley's motion for reconsideration is DENIED; and it is further

       **ORDERED** that FDU's motion for summary judgment is GRANTED as to counts one and two; and it is further

       **ORDERED** that the Court declines to exercise supplemental jurisdiction over counts three and four and they are dismissed.

       The Clerk of the Court is directed to close this case.

                                          /s/ Katharine S. Hayden
                                          Katharine S. Hayden, U.S.D.J.